```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                  Civil No. 19-89 (DSD/SER)
```

Raymond J. Traylor, Sr.,

        Petitioner,

v.                                         **ORDER**

State of Minnesota
and Hennepin County,

        Respondents.

This matter is before the court upon the report and recommendation (R&R) of Magistrate Judge Steven E. Rau, dated February 26, 2019. The magistrate judge recommends that the court dismiss petitioner Raymond Traylor, Sr.'s petition for habeas corpus pursuant to 28 U.S.C. § 2254 for failure to exhaust state remedies. No objections to the R&R have been filed within the time period permitted. See D. Minn. LR 72.2(b)(1). Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 5] is adopted in its entirety;

2. The petition for a writ of habeas corpus [ECF No. 1] is dismissed without prejudice;

3. The application to proceed in district without prepaying fees or costs [ECF No. 2] is denied;

4. No certificate of appealability will be issued; and

5. The action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 27, 2019

<u>s/David S. Doty</u>
David S. Doty, Judge
United States District Court